# PD-1579-15

No. _____

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

JIM JACK THOMPSON

**FILED IN**
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

V.

THE STATE OF TEXAS

---

From Appeal No. 03-14-00371-CR

Trial Cause No. 13-0520-K26

Williamson County

---

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW.

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Jim Jack Thompson, Petitioner, and files this Motion for an Extension of sixty (60) days to file a Petition for Discretionary Review.

In support of this Motion, Petitioner shows the Court the following:

1

## I

Petitioner was convicted in the 26TH District court of Williamson County, Texas, of the offense of Burglary of a Habitation, in cause number 13-0520-K26, styled State of Texas v. Jim Jack Thompson. The Petitioner appealed to the Court of Appeals, Third Supreme Judicial District. The case was affirmed on October 21, 2015.

## II

The present deadline for filing the PDR is November 20, 2015. Petitioner has not requested any extension prior to this request.

## III

Petitioner's request is based on the following facts: The Third Court of Appeals affirmed Petitioner's case on October 21, 2015. Subsequently,

2

it notified Petitioner's appellate attorney of record, _Ray Bass_. In turn, that Attorney did not attempt to notify Petitioner of the court's decision until _November 7, 2015_. (See Attachment A).

Moreover, that attorney mailed the notice to Petitioner using an incorrect address, thereby significantly delaying reception of the notification. The address listed on the notification is for the Byrd Unit. Petitioner is housed on the Hughes Unit. Therefore, Petitioner did not receive the notification until _November 19, 2015_.

IV

Attorney Ray Bass informed Petitioner that he will not represent Petitioner on the PDR. Given Petitioner's layman's knowledge of Texas jurisprudence, he would request additional time to gather the appropriate information pertinent to a PDR in order to properly

3

present it to the Court.

WHEREFORE, Petitioner PRAYS this court grant this Motion and extend the deadline for filing this PDR from November 20, 2015, to January 19, 2016.

Petitioner, pro se
Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above First Motion for Extension to File Petition for Discretionary Review has been forwarded to the State Prosecuting Attorney, P.O.Box 12405, Austin, Texas, 78711 on this the 27TH day of November, 2015.

_____
Petitioner, pro se

I, Jim Jack Thompson, TDCJ # 01971326, being presently incarcerated at the Hughes Unit of the Texas Department of Criminal Justice in Coryell County, Texas, verify under penalty of perjury that the foregoing statements are true and correct. Executed on this 27TH day of November, 2015.

_____ #1971326

**RAY BASS, ATTORNEY**

email: ray@raybass.com

120 West 8th Street
Georgetown, Texas 78626

Tel. 512-863-8788
Fax. 512-869-5090

NOVEMBER 7, 2015

JIM JACK THOMPSON 1971326
BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320

CERTIFIED MAIL RECEIPT # 7007 2680 0001 77147 8758

I regret to inform you that we have received an unfavorable ruling from the Third Court of Appeals. A copy of the Court's opinion, which was issued on OCTOBER 21, 2015 , is sent under separate cover.

By law I am required to inform you that you have the right under Rule 68, Texas Rules of Appellate Procedure, to file a Pro Se Petition For Discretionary review in the Court of Criminal Appeals. The Court of Criminal Appeals can review the decision of the Third Court of Appeals and, if the Court of Criminal Appeals agrees with our position, can rule in our favor.

Your Petition For Discretionary Review must be fild in The Texas Court Of Criminal Appeals by November 20, 2015, unless additional time is granted by that Court.

SINCERELY

*Ray Bass*

RAY BASS

Attachment A